IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

v.                                              CRIMINAL NO. 3:08cr60HTW-LRA

RODNEY DEON HORNE

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses Count 4 and 5 of the Criminal Indictment against RODNEY DEON HORNE without prejudice.

    STAN HARRIS
    Acting United States Attorney

By:    S/Darren J. LaMarca
    DARREN J. LAMARCA
    Assistant U.S. Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

ORDERED this 29th day of July, 2009.

    S/HENRY T. WINGATE
    _____
    UNITED STATES DISTRICT JUDGE